UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIOVANNA MONET SINE,

        Plaintiff,        Case No. 1:12cv344

v.        Hon. Robert J. Jonker

HARESH PANDYA, et al.,

        Defendants.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 11, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2013, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the motion for summary judgment filed by defendants David Collier, Alison Jones and Michelle Schultz (docket no. 15) and the motion for summary judgment filed by defendant Donna J. Owen (docket no. 23) is **GRANTED** for failure to exhaust administrative remedies.

        **IT IS FURTHER ORDERED** that the remaining unserved defendant, Valerie Hammond, is **GRANTED** summary judgment on the same grounds, and the action is **DISMISSED.**

        /s/Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

Dated: July 15, 2013